**Terry WALKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 63653.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 14, 1993.

John Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

We find the motion court did not clearly err in dismissing Defendant's successive motion for post-conviction relief. Rule 29.15(j) and (k). We further find an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.